COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ABATEMENT ORDER

Appellate case name:     Michelle Legal and William Johnson Jr. v. JPMorgan Chase Bank, National Association

Appellate case number:   01-19-00972-CV

Trial court case number: 1139334

Trial court:             County Civil Court at Law No. 3 of Harris County

Appellant has filed an unopposed motion to abate the appeal so that she may attempt to purchase the real property at issue in this appeal.

The Court **grants** the motion, **abates** the appeal, and removes it from the active docket **for 30 days from the date of this order**. The parties shall provide an update to this Court as to the status of negotiations **on or before April 12, 2021**. The Court may lift the abatement **after the end of the 30-day period** if the parties have not advised the Court of the status of their negotiations.

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
                        ☑ Acting individually    ☐ Acting for the Court

Date: ___March 11, 2021_____